February 28, 1979

404 A.2d 1358

Commonwealth v. Bowen, Jr., Appellant.

■■■■■■■■

■■■ Submitted November 14, 1977. Dana H. Fales, for appellant; Robert J. Felton, Assistant District Attorney, for Commonwealth, appellee.

The order of the court below is affirmed.

SPAETH, J., concurred in the result.

JACOBS, former P. J., WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

■■■■

404 A.2d 1358

Commonwealth v. Clarke, Appellant.

■■■■■■■■

■■■ Submitted April 10, 1978. William F. Caruthers, for appellant; Louis H. Ceraso, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.

JACOBS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.